IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

VICTOR T. WILLIAMS,

  Plaintiff,

  v.

COBB COUNTY SHERIFF NEIL WARREN, et al.,

  Defendants.

CIVIL ACTION FILE
NO. 1:16-CV-4657-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 10] of the Magistrate Judge recommending dismissing the action for failure to state a claim. The Plaintiff's Objections are sovereign citizen jargon which makes no sense. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 17 day of April, 2017.

                                      /s/Thomas W. Thrash
                                      THOMAS W. THRASH, JR.
                                      United States District Judge